# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DONNA LYNN DONAT | : CIVIL ACTION |
|---|---|
| v. | : NO. 17-5096 |
| NANCY A. BERRYHILL | : |

## ORDER

AND NOW, this 28th day of June 2018, upon considering Plaintiff's Complaint seeking judicial review of the denial of social security benefits (ECF Doc. No. 3), the Commissioner's Response (ECF Doc. No. 10), Plaintiff's Brief and statement of issues (ECF Doc. No. 11), the Commissioner's Opposition (ECF Doc. No. 14), Plaintiff's Reply (ECF Doc. No. 15) and for reasons in the accompanying Memorandum, it is **ORDERED:**

1. Plaintiff's Motion and Request for review (ECF Doc. No. 11) is **GRANTED;**

2. We **remand** to the Commissioner for expedited further evaluation consistent with the accompanying Memorandum;

3. Under Fed.R.Civ.P. 1 and mindful Ms. Donat applied for benefits almost four years ago, the Commissioner shall promptly schedule a renewed hearing and shall file status memoranda on the progress of resolving Ms. Donat's application for benefits on September 28, 2018, December 28, 2018 and every sixty days thereafter until resolved or returned for our further review of the next reasoned decision; and,

4. The Clerk of Court shall **close** this case for statistical purposes.

_____
KEARNEY, J.